FILED & JUDGMENT ENTERED
Steven T. Salata

February 17 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

In re:                            )
                                  )
**MICHAEL JAMES GARVEY,**         )    Chapter 13
                                  )    Case No. 17-50060
            Debtor.               )
_____)

**ORDER GRANTING EXTENSION OF TIME TO FEBRUARY 24, 2017 FOR CREDITOR MATRIX AND TO MARCH 17, 2017 FOR REMAINING DOCUMENTS**

**THIS MATTER** is before the court on the "Motion for Expansion of Time" ("Motion") filed by the pro se Debtor on February 15, 2017. The Motion requests an additional 30 days for the Debtor to file the schedules, statements, and other documents referenced in the court's February 1, 2017 Notice of Deficient Filing ("Notice") because the Debtor is 71 years old, computer illiterate, and suffering from elder legal abuse.

For good cause shown, the court hereby **GRANTS** the Motion; however, the court needs the Debtor's creditor matrix in order to process his case and to schedule his § 341 meeting of creditors. Accordingly, the Debtor must file his **CREDITOR MATRIX ON OR BEFORE FRIDAY, FEBRUARY 24, 2017** and must file the

**OTHER DOCUMENTS LISTED IN THE NOTICE ON OR BEFORE FRIDAY, MARCH 17, 2017.** If the Debtor fails to file a creditor matrix on or before February 24, 2017 or fails to file the other documents on or before March 17, 2017, the court will dismiss this case without further notice or opportunity for hearing.

    **SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |